UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

LUTHER R. MUNOZ, JR.,

                      Plaintiff(s),

  -against-

JUAN S. PEREZ-GUILLEN and NEW ENGLAND
MOTOR FREIGHT INC.,

                      Defendant(s).
-----------------------------------------------------------x

Civil Action No.: 08 CIV 7342

F.R.C.P. 7.1
STATEMENT OF DEFENDANT



Defendant, NEW ENGLAND MOTOR FREIGHT, INC., in compliance with Rule 7.1 of the Federal Rules of Civil Procedure states that NEW ENGLAND MOTOR FREIGHT, INC., is not a publicly traded corporation, has no publicly held corporation that owns 10% or more of its stock, and has no parent corporation.

                                              Yours etc.,

                                              ABRAMS, FENSTERMAN, FENSTERMAN,
                                              EISMAN, GREENBERG, FORMATO &
                                              EINIGER, LLP

                                              BY: _____
                                              TODD C. RUBENSTEIN (TR-8884)
                                              1111 Marcus Avenue
                                              Suite 107
                                              Lake Success, New York 141042
                                              516-328-2300

Dated: August 14, 2008